UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 06-481M |
| v. | |
| ROBERT M. HAYWARD, | DETENTION ORDER |
| Defendant. | |

Offenses charged:

Conspiracy to Distribute Methamphetamine in violation of Title, 21, U.S.C., Section 841(a), 841(b)(1)(A) and 846;

Using and Carrying a Firearm During a Drug Offense, in violation of Title 18, U.S.C., Section 924(c).

Date of Detention Hearing: September 15, 2006

The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Patricia Lally. The defendant was represented by Tim McGarry.

DETENTION ORDER
PAGE -1-

Case 2:06-mj-00481-MJB   Document 12   Filed 09/15/06   Page 2 of 3

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Defendant is viewed as a risk of danger due to the instant offense involving a firearm.

(3) Defendant is viewed a risk of nonappearance as he is a citizen of the United Kingdom; his familial ties are primarily overseas and there is a lack of suitable residence if released.

(4) The defendant stipulates to detention at this time, reserving the right to re-argue at a later date.

(5) Based upon the foregoing information, which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for

PAGE -2-

the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-